ACCEPTED
01-14-00931-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 12:26:32 PM
CHRISTOPHER PRINE
CLERK

01-14-00931-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 12:26:32 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

COUNTRY TITLE, L.L.C.

Appellant

v.

MORENIKE JAIYEOBA

Appellee.

**APPELLANT'S FIRST MOTION TO EXTEND TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS,

Appellant, Country Title L.L.C. ("Country Title") file this First Motion to Extend Time to File Appellant's Brief pursuant to Texas Rule of Appellate Procedure 10 in support thereof would show the following circumstances warrant an extension:

The reporter's record in this case was filed on March 9, 2015 and the appellate record is not complete. Accordingly, Appellees' deadline for filing its Appellant's Brief is currently Wednesday, April 8, 2015.

1

02929.825 / 1733983.1

Appellant seeks a thirty (30) day extension of time in which to file its Appellant's Brief, such that its brief is due on Friday, May 8, 2015.

This request for extension of time is not sought to cause delay or prejudice, but only so that justice may be done. Appellant's counsel has had scheduling conflicts throughout the month of March with deadlines which interfere with the current deadline. Specifically, Jim McConn, lead counsel for Country Title, has the scheduling conflicts:

| | |
|---|---|
| 03/13/2015 | Docket Call/Pre-Trial Conference<br>Cause No. 14-01-01117-CV<br>*Robert Ling v. Andrew Musgrove v. Grand Harbor Property Owners Association*<br>284th Judicial District Court of Montgomery County, Texas |
| 03/13/2015 | Preliminary Hearing Conference<br>AAA NO. 01-14-0001-8183<br>*LAS Properties, et al v. Pinnacle Ridge GP, LLC, et al*<br>American Arbitration Association |
| 03/16/2015 | Non-Jury Trial<br>Cause No. 14-01-01117-CV<br>*Robert Ling v. Andrew Musgrove v. Grand Harbor Property Owner Association*<br>284th Judicial District Court of Montgomery County, Texas |
| 03/16/2015 | Motions for Summary Judgment Hearing<br>Cause No. 2014-10063<br>*Azim Keramati, et al vs. Planned Community Management, Inc., Fall Creek Homeowners Association, Inc., Severn Trent Services, Inc. and The Johnson Development Corp.*<br>281st Judicial District Court of Harris County, Texas |

2

| | |
|---|---|
| 03/17/2015 | Motion to Compel Discovery Responses/Motion for Protection<br>Cause No. 14-0177<br>*Springlake Property Owners' Association, Inc. v. Gerald, Kirk and Amy Kirk*<br>22nd Judicial District Court of Hays County, Texas |
| 03/20/2015 | Appellees' Brief due<br>Cause No. 01-14-00216-CV<br>*Victor Elgohary v. Lakes on North Eldridge Community Association, Inc. et al.*<br>Court of Appeals for the First Judicial District, Houston, TX |
| 03/30/2015 | Motion to Enforce Mediation Settlement Agreement<br>Cause No. 2012-50554<br>Jean M. Robingston, Nelida Cerna and Maricela Garcia v. Dilston House Condominium Association and Genesis Management Company, Inc.<br>234th Judicial District Court of Harris County, Texas |
| 03/30/2015 | Motion for Protection<br>Cause No. 2014-71936<br>Taylor Morrison of Texas, Inc. v.<br>Stewart, Tamesha Stewart and Greater Emmanuel Apostolic Church v. Advantage Title of Ft. Bend, L.C. and Raymond C. Kerr in his Capacity as Arbitrator<br>152nd District Court of Harris County, Texas |

These deadlines represent some of the conflicts presently on Appellant's counsel's calendar and do not include depositions, discovery, and other ongoing case and client obligations.

3

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant respectfully requests that this Honorable Court grant it an extension of thirty (30) days to file its Appellant's Brief so that its deadline will be Friday, May 8, 2015, and for any such further relief to which it may be entitled.

Respectfully submitted,

**LeClairRyan**

/s/ James J. McConn, Jr.
By:_____
James J. McConn, Jr.
Email: james.mcconn@leclairryan.com
1233 West Loop South, Suite 1000
Houston, Texas  77027
Telephone:  713-654-1111
Facsimile:   713-650-0027

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on April 1, 2015 as follows:

Teltschik-Grubbs, PLLC
Corwin L. Teltschik
Betsy Grubbs
14015 Southwest Freeway, Suite 4
Sugar Land Texas 77478
 Fax: 281-201-1202

/s/ James J. McConn, Jr.
_____
James J. McConn, Jr.

4

02929.825 / 1733983.1

## <u>CERTIFICATE OF CONFERENCE</u>

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I contacted Appellee's counsel on March 30, 2015 by email. Appellee's counsel indicated they are unopposed to Appellant's First Motion to Extend Time to File Appellant's Brief.

/s/ James J. McConn, Jr.

_____

James J. McConn, Jr.

5